NOBLE, APPELLANT, v. McMAKEN, APPELLEE.

[Cite as Noble v. McMaken (1976), 45 Ohio St. 2d 236.]

(No. 75-1041—Decided March 10, 1976.)

Mr. *Augustus L. Ross III*, for appellant.

Mr. *Robert J. Huffman*, prosecuting attorney, for appellee.

Per Curiam. In *Freeman* v. *Maxwell* (1965), 4 Ohio St. 2d 4, this court held "that the availability of the post-conviction remedies provided by Sections 2953.21 to 2953.24, inclusive, Revised Code, is ground for denial of" a writ of habeas corpus.

Accordingly, on authority of *Freeman* v. *Maxwell, supra,* and for the reasons stated therein, the judgment of the Court of Appeals, dismissing appellant's complaint for a writ of habeas corpus, is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.